UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| CLARENCE DEMETRIUS TATE, | ) | No. CV 06-04505-AHM (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND |
| v. | ) ) | RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) |
| BOARD OF PRISON TERMS, | ) ) | DISMISSING THE COMPLAINT |
| Defendant. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Amended Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: May 13, 2010

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE