UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CLARENCE DEMETRIUS TATE, | ) | No. CV 06-04505-AHM (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| BOARD OF PRISON TERMS, | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: May 13, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**